# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

**-vs-**

Case No. 05-CR-240

**GONZALO MEJIA,**

        Defendant.

## ORDER FOR RELEASE ON BOND

Before the Court is the motion of Attorney Erika L. Bierma, to release the defendant, Gonzalo Mejia, on bond. The government does not oppose the defendant's release on bond with certain conditions..

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED** that the defendant, Gonzalo Mejia, shall be released to reside with his mother, sister and brother at 1240 South 26th Street, Milwaukee, Wisconsin. Mr. Mejia shall be placed on home confinement with electronic monitoring with approved leave for court appearances, attorney visits, reporting to Pretrial services, drug screens and treatment, visits to the doctor or treating health facility or hospital, permission to go to the hospital to visit his child and the mother of his child, religious services, educational programming, and employment.

Dated at Milwaukee, Wisconsin, this 23rd day of April, 2008.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**